IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LORNA WALKER | ) | CASE NO: 08 CV 6600 |
| | ) | HONORABLE |
| PLAINTIFF, | ) | JAMES B. ZAGEL |
| | ) | JUDGE PRESIDING |
| v | ) | |
| | ) | **FILED** |
| WILL COUNTY STATE'S ATTORNEY OFFICE, | ) | DEC 1 6 2008  NH |
| JAMES W. GLASGOW, in his official capacity | ) | Dec 16, 2008 |
| GENE JEVITZ, in his official capacity | ) | MICHAEL W. DOBBINS |
| WILL COUNTY, a unit of local Government | ) | CLERK, U.S. DISTRICT COURT |
| DEFENDANTS, | ) | |

## MOTION FOR JUDGEMENT BY DEFAULT

NOW COMES the Plaintiff, LORNA WALKER, individually and will appear before the Honorable Judge James B. Zagel, on Thursday the 18th Day of December 2008 at 10:15 a.m. to respectfully request a JUDGEMENT BY DEFAULT against the Defendants; Will County State's Attorney Office, James W. Glasgow in his official capacity, Gene Jevitz, in his official capacity, and Will County, a unit of local Government, and in support of this motion states as follows:

1. Lorna Walker filed with this court on November 18, 2008 a complaint of Unlawful Employment Practices against the defendants, WILL COUNTY STATE'S ATTORNEY OFFICE, JAMES W. GLASGOW in his official capacity, GENE JEVITZ in his official capacity, and WILL COUNTY a unit of local Government.

2. November 21, 2008, Lorna Walker hired a private processing agency CIS (Complete Investigative Services) to render services upon the defendants, pursuant to Rule 4 of the Rules of Civil Procedure. Lorna Walker paid a fee of $150.00 to the agency to serve said complaint and summons upon the defendants.

3. November 24, 2008 CIS agency notified Lorna Walker that services had been rendered upon the defendants. (See Attached Exhibit A)

4. Pursuant to the United States District Court, Northern District of Illinois, the defendants had 20 days to file an answer from the date of service, exclusive of the day of service. (See Attached Exhibit B)

5. The Defendants answer was due on December 15, 2008.

6. Pursuant to the United States District Court, Northern District of Illinois if the defendants failed to answer the complaint in the 20 day time limit, a Judgment by Default will be taken against the defendants for the relief demanded in the complaint.

7. As of November 15, 2008, the defendants has failed to serve upon the Plaintiff Lorna Walker an answer to her complaint.

Therefore, Lorna Walker respectfully request a Judgment by Default against the Defendants, Will County State's Attorney Office, James W. Glasgow, in his official capacity, Gene Jevitz, in his official capacity, and Will County, a unit of Local Government.

## Verification of Certification

Plaintiff, Lorna Walker, pursuant to the penalty of perjury as set forth in Section 1-109 of the Code of Civil Procedure, certifies that the facts and statements in the foregoing Motion are true and correct.

Subscribed and sworn to before me
this 15th day of December 2008
at Joliet, County of Will, State of Illinois
Notary Public _Marisol Cintron_

Lorna Walker
312 Comstock Street
Joliet, IL 60436

"OFFICIAL SEAL"
MARISOL CINTRON
Notary Public, State of Illinois
My commission expires Sept. 12, 2011

EXHIBIT "A"



2405 Essington Road PMB-129
Joliet, IL 60435
815-230-3396 Office
815-439-9553 Fax

Date: November 21, 2008
Case Number: 9IL 2008 CV 6600
Invoice Number: 08-K0259
Case Name: Lorna Walker vs. Will County States Attorney Office, et al.
Respondent Name: Will County States Attorney Office & James W. Glasgow

To: Lorna Walker
312 Comstock Street
Joliet, IL 60436
815-671-5054

## SERVICES RENDERED

Date / Time of Service: 11-24-08 / 9:07 AM

| Date | Mileage | Billing | Investigator | Activity |
|---|---|---|---|---|
| 11-24-08 | | $50.00 | Gurka | Service Fee |
| **TOTAL** | | **$50.00** | | |

**Terms:** Payment due upon receipt

**Comments:** Civil Process served...thank you for your business! Account "Paid In Full"



| | |
|---|---|
| Date: | November 21, 2008 |
| Case Number: | 9IL 2008 CV 6600 |
| Invoice Number: | 08-K0260 |
| Case Name: | Lorna Walker vs. Will County States Attorney Office, et al. |
| Respondent Name: | Gene Jevitz |

To: Lorna Walker
312 Comstock Street
Joliet, IL 60436
815-671-5054

## SERVICES RENDERED

Date / Time of Service:       11-24-08 / 9:29M

| Date | Mileage | Billing | Investigator | Activity |
|---|---|---|---|---|
| 11-24-08 | | $50.00 | Gurka | Service Fee |
| **TOTAL** | | **$50.00** | | |

**Terms:** Payment due upon receipt

**Comments:** Civil Process served…thank you for your business! Account "Paid In Full".


**CIS**
complete investigative services

2405 Essington Road PMB-129
Joliet, IL 60435
815-230-3396 Office
815-439-9553 Fax

Date: November 21, 2008
Case Number: 9IL 2008 CV 6600
Invoice Number: 08-K0261
Case Name: Lorna Walker vs. Will County States Attorney Office, et al.
Respondent Name: Will County

To: Lorna Walker
312 Comstock Street
Joliet, IL 60436
815-671-5054

## SERVICES RENDERED

Date / Time of Service: 11-24-08 / 9:40 AM

| Date | Mileage | Billing | Investigator | Activity |
|---|---|---|---|---|
| 11-24-08 | | $50.00 | Gurka | Service Fee |
| TOTAL | | $50.00 | | |

**Terms:** Payment due upon receipt

**Comments:** Civil Process served…thank you for your business! Account "Paid In Full"

**EXHIBIT "B"**

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LORNA WALKER

CASE N: **08CV6600**
**JUDGE ZAGEL**
ASSIGNE: **MAGISTRATE JUDGE COLE**

V.

WILL COUNTY STATE'S ATTORNEY
OFFICE et al

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

WILL COUNTY STATE'S ATTORNEY OFFICE

57 NORTH OTTAWA STREET
JOLIET, IL 60432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LORNA WALKER, PRO SE LITIGANT
312 COMSTOCK STREET
JOLIET, IL 60436
815-671-5054

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**NOV 1 8 2008**

DATE

IN THE UNITED STASTES DISTRICT COURT, NORTHER DISTRICT of ILLINOIS

Case Number: 9IL 2008 CV 6600
C.I.S. Number: 08-K0259
Plaintiff: Lorna Walker
Defendant: Will County States Attorney Office, et al.
Process Type: Summons & Complaint
Expiration Date: 12-18-08
Service Status: ☒ Standard  ☐ Priority

**PRO SE**
Lorna Walker
312 Comstock Street
Joliet, IL 60436
815-671-5054

| DATE | TIME | MILEAGE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**RESPONDENT TO BE SERVED** (1 of 2)
Will County State's Attorney Office
121 N. Chicago Street
Joliet, IL 60432

## AFFIDAVIT OF SERVICE

I, the undersigned affiliated with Complete Investigative Services, depose that I am above the age of eighteen, not a party to this action and do hereby certify that I have served the Respondent by:

__X__ INDIVIDUAL SERVICE by delivering to the within named respondent a copy of the process personally.

_____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that I further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

_____ CORPORATE, COMPANY, BUSINESS OR GOVERNMENT SERVICE by leaving a copy of this process with a person authorized to accept service and informed that person of the contents thereof.

_____ OTHER SERVICE:       ( ___ ) Certified Mail       ( ___ ) Posting – On said tenant a copy of the same on the main door of the within described premises, no one being in actual possession thereof.

_____ NON-SERVICE: (Comments) _____

Person to be served: _WILL CO. STATE ATT. OFFICE_
Serving address: _57 N. OTTAWA ST JOLIET IL_
Process served on: _JAMES GLASGOW_
This _24_ day of _Nov_, 20_08_    Relationship: _STATE ATTORNEY_
Sex _M_ (M/F)  Race _WHITE_  Age _57_   Time: _707_ (AM)/PM
SERVED BY: _[signature]_                                                PROCESS SERVER
STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER:     117-001298
LICENSE NUMBER / PERC NUMBER / DEPARTMENT I.D. NUMBER    C/5-004

Subscribed and sworn before me on this _24_
day of _November_, 20_08_

_Sharon M. Bergeso_
Signature of Notary Public

"OFFICIAL SEAL"
Sharon M. Bergeson
Notary Public, State of Illinois
My Commission Exp. 07/28/2009

AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LORNA WALKER

V.

WILL COUNTY STATE'S ATTORNEY OFFICE et al

CASE N **08CV6600**
ASSIGN **JUDGE ZAGEL**
**MAGISTRATE JUDGE COLE**
DESIGN.
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

JAMES W. GLASGOW
57 NORTH OTTAWA STREET
JOLIET, IL 60432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LORNA WALKER, PRO SE LITIGANT
312 COMSTOCK STREET
JOLIET, IL 60436
815-671-5054

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

**NOV 1 8 2008**
DATE

IN THE UNITED STASTES DISTRICT COURT, NORTHER DISTRICT of ILLINOIS

| | | |
|---|---|---|
| Case Number: | 9IL 2008 CV 6600 | **PRO SE** |
| C.I.S. Number | 08-K0259 | Lorna Walker |
| Plaintiff: | Lorna Walker | 312 Comstock Street |
| Defendant: | Will County States Attorney Office, et al. | Joliet, IL 60436 |
| Process Type: | Summons & Complaint | 815-671-5054 |
| Expiration Date: | 12-18-08 | |
| Service Status: | ☒ Standard ☐ Priority | **DATE**  **TIME**  **MILEAGE** |

**RESPONDENT TO BE SERVED** (2 of 2)
James W. Glasgow
121 N. Chicago Street
Joliet, IL 60432

## AFFIDAVIT OF SERVICE

I, the undersigned affiliated with Complete Investigative Services, depose that I am above the age of eighteen, not a party to this action and do hereby certify that I have served the Respondent by:

**X** INDIVIDUAL SERVICE by delivering to the within named respondent a copy of the process personally.

____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that I further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

____ CORPORATE, COMPANY, BUSINESS OR GOVERNMENT SERVICE by leaving a copy of this process with a person authorized to accept service and informed that person of the contents thereof.

____ OTHER SERVICE:     ( ____ ) Certified Mail    ( ____ ) Posting – On said tenant a copy of the same on the main door of the within described premises, no one being in actual possession thereof.

____ NON-SERVICE: (Comments) _____

Person to be served: _James W. Glasgow_
Serving address: _57 N. Ottawa St. Joliet_
Process served on: _James W. Glasgow_
This _24_ day of _Nov._, 20_08_  Relationship: _SELF_
Sex _M_ (M/F) Race _white_ Age _57_  Time: _9:07_ (AM) PM

SERVED BY: _[signature]_ ..................................... PROCESS SERVER
STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER: 117-001298
LICENSE NUMBER / PERC NUMBER / DEPARTMENT I.D. NUMBER  _C15-004_

Subscribed and sworn before me on this _24_
day of _November_, 20_08_

_[signature]_
Signature of Notary Public

"OFFICIAL SEAL"
Sharon M. Bergeson
Notary Public, State of Illinois
My Commission Exp. 07/28/2009

AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LORNA WALKER

V.

WILL COUNTY STATE'S ATTORNEY OFFICE et al

C: 08CV6600
A: JUDGE ZAGEL
D: MAGISTRATE JUDGE COLE

MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

GENE JEVITZ
57 NORTH OTTAWA STREET
JOLIET, IL 60432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LORNA WALKER, PRO SE LITIGANT
312 COMSTOCK STREET
JOLIET, IL 60436
815-671-5054

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 8 2008

DATE

## IN THE UNITED STASTES DISTRICT COURT, NORTHER DISTRICT of ILLINOIS

Case Number: 9Il. 2008 CV 6600
C I.S. Number 08-K0260
Plaintiff: Lorna Walker
Defendant: Will County States Attorney Office, et al.
Process Type: Summons & Complaint
Expiration Date: 12-18-08
Service Status: ☒ Standard ☐ Priority

**PRO SE**
Lorna Walker
312 Comstock Street
Joliet, IL 60436
815-671-5054

| DATE | TIME | MILEAGE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

### RESPONDENT TO BE SERVED (1 of 1)
Gene Jevitz
% Will County State's Attorney Office
121 N. Chicago Street
Joliet, IL 60432

## AFFIDAVIT OF SERVICE

I, the undersigned affiliated with Complete Investigative Services, depose that I am above the age of eighteen, not a party to this action and do hereby certify that I have served the Respondent by:

**X** INDIVIDUAL SERVICE by delivering to the within named respondent a copy of the process personally.

___ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that I further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

___ CORPORATE, COMPANY, BUSINESS OR GOVERNMENT SERVICE by leaving a copy of this process with a person authorized to accept service and informed that person of the contents thereof.

___ OTHER SERVICE: ( ___ ) Certified Mail ( ___ ) Posting – On said tenant a copy of the same on the main door of the within described premises, no one being in actual possession thereof.

___ NON-SERVICE: (Comments) _____

Person to be served: GENE JEVITZ
Serving address: 57 N. OTTAWA ST JOLIET IL
Process served on: GENE JEVITZ
This 24 day of NOV, 20 8    Relationship: SELF
Sex M (M/F) Race WHITE Age 68    Time: 9:27 (AM) PM

SERVED BY: _____ .......... PROCESS SERVER
STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER: 117-001298
LICENSE NUMBER / PERC NUMBER / DEPARTMENT I.D. NUMBER  C/S-804

Subscribed and sworn before me on this 24
day of November, 2008

_____
Signature of Notary Public

"OFFICIAL SEAL"
Sharon M. Borgeson
Notary Public, State of Illinois
My Commission Exp. 07/28/2009

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

LORNA WALKER

V.

WILL COUNTY STATE'S ATTORNEY
OFFICE et al

CAS 08CV6600
ASS JUDGE ZAGEL
MAGISTRATE JUDGE COLE
DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

WILL COUNTY
302 NORTH CHICAGO STREET
JOLIET, IL 60432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LORNA WALKER, PRO SE LITIGANT
312 COMSTOCK STREET
JOLIET, IL 60436
815-671-5054

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV 1 8 2008

DATE

IN THE UNITED STASTES DISTRICT COURT, NORTHER DISTRICT of ILLINOIS

| | | |
|---|---|---|
| Case Number: | 9IL 2008 CV 6600 | **PRO SE** |
| C.I.S. Number | 08-K0261 | Lorna Walker |
| Plaintiff: | Lorna Walker | 312 Comstock Street |
| Defendant: | Will County States Attorney Office, et al. | Joliet, IL 60436 |
| Process Type: | Summons & Complaint | 815-671-5054 |
| Expiration Date: | 12-18-08 | |
| Service Status: | ☒ Standard ☐ Priority | |

**DATE**    **TIME**    **MILEAGE**

**RESPONDENT TO BE SERVED** (1 of 1)
Will County
302 N. Chicago Street
Joliet, IL 60432

## AFFIDAVIT OF SERVICE

I, the undersigned affiliated with Complete Investigative Services, depose that I am above the age of eighteen, not a party to this action and do hereby certify that I have served the Respondent by:

**X** INDIVIDUAL SERVICE by delivering to the within named respondent a copy of the process personally.

____ SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that I further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

____ CORPORATE, COMPANY, BUSINESS OR GOVERNMENT SERVICE by leaving a copy of this process with a person authorized to accept service and informed that person of the contents thereof.

____ OTHER SERVICE:    ( ____ ) Certified Mail    ( ____ ) Posting – On said tenant a copy of the same on the main door of the within described premises, no one being in actual possession thereof.

____ NON-SERVICE: (Comments) _____

Person to be served: WILL COUNTY
Serving address: 302 N. CHICAGO ST. JOLIET, IL
Process served on: CHIEF DEPUTY JUDY WIEDMEYER
This _24_ day of _NOV_, 20_08_    Relationship: CHIEF DEPUTY
Sex _F_ (M/F) Race _WHITE_ Age _48_    Time: _9:40_ (AM)/ PM

SERVED BY: _____    **PROCESS SERVER**
STATE OF ILLINOIS DEPARTMENT OF REGISTRATION NUMBER:    117-001298
LICENSE NUMBER / PERC NUMBER / DEPARTMENT I.D. NUMBER    CIS-008

Subscribed and sworn before me on this _24_
day of _November_, 20_08_

_Sharon M. Bergeson_
Signature of Notary Public

"OFFICIAL SEAL"
Sharon M. Bergeson
Notary Public, State of Illinois
My Commission Exp. 07/28/2009